# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GARY BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-2682

[December 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 16-000898CF10A.

Antony P. Ryan, Regional Counsel, and Emily Ross-Booker, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, Fourth District, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jeanine Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN and ARTAU, J., concur.
FORST, J., dissents with opinion.

FORST, J., dissenting.

As I would reverse and remand for a new trial with respect to the trial court upholding the State's objection to Defendant's peremptory challenge to Juror 7, I respectfully dissent. *See, e.g., Hastings v. State,* 386 So. 3d 955 (Fla. 4th DCA 2024).

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***